UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| CRYSTAL TIESSEN,<br><br>Plaintiff,<br><br>v.<br><br>CHRYSLER CAPITAL, et al.,<br><br>Defendants. | Civil Nos. 16-422 (JRT/LIB)<br><br><br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATIONS** |

_____

Thomas J. Lyons, Jr., **CONSUMER JUSTICE CENTER P.A.,** 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiff.

Margaret Ann Santos, Russell Ponessa, **HINSHAW & CULBERTSON LLP,** 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402, Patrick H. Elliott, **ELLIOTT LAW OFFICES, PA,** 2409 West 66th Street, Minneapolis, MN 55423, for defendants Chrysler Capital, PAR North America.

Erin D. Doran, Mark Bloomquist, **MEAGHER & GEER, PLLP,** 33 South 6th Street, Suite 4400, Minneapolis, MN 55402, Gregory J. Johnson, **G JOHNSON LAW, PLLP,** 6688 145th Street West, Apple Valley, MN 55124for defendant Repossessors, Inc.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1.  Defendant Repossessors, Inc.'s Motion to Dismiss, [Docket No. 14], is **GRANTED IN PART AND DENIED IN PART**.

2.  Defendants Chrysler and PAR's Motion to Dismiss, [Docket No. 18], is **GRANTED IN PART AND DENIED IN PART.**

3.  The proceedings in this Court is **STAYED**, the parties submit Plaintiff's

claims to the Fond du Lac Tribal Court, and the parties be ordered to file a joint status letter with the Court on CM/ECF every 120 days.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 15, 2016              s/John R. Tunheim
at Minneapolis, Minnesota              JOHN R. TUNHEIM
                                       Chief Judge
                                       United States District Court